ACCEPTED
06-17-00215-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/8/2018 3:18 PM
DEBBIE AUTREY
CLERK

## 06-17-00215-CR-17-00223-CR

### IN THE SIXTH COURT OF APPEALS

### TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/8/2018 3:18:09 PM
DEBBIE AUTREY
Clerk

**JARROD MICHAEL TAYLOR,**

Appellant

**VS.**

**THE STATE OF TEXAS,**

Appellee

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

## TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, The State of Texas, Appellee, by the through the undersigned Assistant District Attorney, Kimberly Smith Morris, and pursuant to the Texas Rules of Appellant Procedure, hereby requests an extension of the time period for the filing of the Appellee's Brief and in support of same would show the Court as follows:

I.

1. This case is pending from the 5th Judicial District Court of Cass County, Texas. The date of the Judgment is November 09, 2017, with sentence pronounced that same date.

2. The case was styled, "State of Texas vs. Jarrod Michael Taylor, Cause No. **2017F00159, 2017F00160, 2017F00161, 2017F00162, 2017F00163, 2017F00164, 2017F00165, 2017F00166,** and **2017F00167**"

1

3. Jarrod Michael Taylor was convicted of the offense of one count of sexual assault of a child, three counts of online solicitation of a minor under 14, three counts of online solicitation of a minor, and two counts of indecency with a child.

4. Punishment was assessed by the judge to 20 years on the sexual assault of a child, 15 years on the Online Solicitation of a Minor under 14, 10 years on the Online Solicitation of a Minor, and 20 years on both counts of the Indecency with a Child in the Institutional Division of the Texas Department of Criminal Justice.

5. Appellant's Brief was filed on or about April 4, 2018, making Appellee's Brief due on May 4, 2018.

6. As of May 8, 2018, Assistant District Attorney, Kimberly Smith Morris has not received a copy of Appellant's Brief and needs more time to obtain a copy and prepare Appellee's response to same.

7. Appellee has not requested an extension in this case.

8. Appellee is not seeking this extension for purposes of delay, but so that justice may be done.

## PRAYER

**WHEREFORE,** on the basis of the Texas Rules of Appellate Procedure, Appellee respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellee's Brief.

2

Respectfully submitted,

Kimberly Smith Morris
Cass County Assistant District Attorney
Texas Bar No. 24041944
Post Office Box 839
Linden, Texas 75563
Telephone: 903.756.7541
Facsimile: 903.756.3210
kmorris@casscountytx.org

Attorney for Appellee,
The State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing

Motion for Extension of Time to File Appellee's Brief was forwarded via email May

8, 2018, to Ed Buckner, attorney for Jarrod Michael Taylor.

Kimberly Smith Morris